UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

ALEXINA SIMON,

                Plaintiff,                09 CV 1302 (ENV)(RER)

    against

THE CITY OF NEW YORK,
DETECTIVE DOUGLAS LEE,
SERGEANT EVELYN ALLEGRE,
ADA FRANCIS LONGOBARDI,
                Defendant(s).
_____

    TO THE CLERK OF THE COURT:

    PLEASE TAKE NOTICE that plaintiff Alexina Simon hereby gives notice of change of address of counsel in the above referenced action. The new address is:

    Ugochukwu Uzoh
    Ugo Uzoh, P.C.
    56 Willoughby Street, Third Floor
    Brooklyn, New York 11201
    Telephone No.:    (718) 874-6045
    Facsimile No.:    (718) 576-2685
    Email:    u.ugochukwu@yahoo.com

Dated: Brooklyn, New York
       March 4, 2019

                          UGO UZOH, P.C.

                              /s/Ugochukwu Uzoh _____
                    By:    Ugochukwu Uzoh  (UU-9076)
                          56 Willoughby Street, Third Floor
                          Brooklyn, New York 11201
                          Tel.: (718) 874-6045

To:    City of New York, Law Department
        Attn.: Joshua J. Lax
        Attorneys for Defendants
        100 Church Street
        New York, NY 10007