UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ALEXINA SIMON,

                                               Plaintiff,      **NOTICE OF MOTION**

-against-

                                                            09 CV 1302 (ENV)(RER)

THE CITY OF NEW YORK, DETECTIVE DOUGLAS
LEE, SERGEANT EVELYN ALLEGRE, ADA FRANCIS
LONGOBARDI,

                                               Defendants.

-------------------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law dated March 4, 2019, and upon all prior pleadings and proceedings had herein, defendants will move this Court, before the Honorable Eric N. Vitaliano, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza, Brooklyn, New York 11201, at a date and time to be determined, for an order *in limine* regarding certain evidence and conduct at the trial in this matter, and for such other and further relief as the Court deems just, proper and equitable.

- 2 -

Dated:    New York, New York
             March 4, 2019

                              ZACHARY W. CARTER
                              Corporation Counsel of the City of New York
                              *Attorney for Defendants Lee, Alegre, and Longobardi*
                              100 Church Street, Room 3-172
                              New York, New York  10007
                              (212) 356-3538

                        By:     /s/
                              JOSHUA . LAX
                              Senior Counsel

TO:    ALL COUNSEL (BY ECF)