# UGO UZOH, P.C.
ATTORNEYS AT LAW
304 LIVINGSTON STREET, SUITE 2R
BROOKLYN, NEW YORK 11217
TEL: (718) 874-6045, FAX: (718) 576-2685

September 11, 2014

Virginia J. Nimick
Senior Counsel
City of New York, Law Department
Special Federal Litigation Division
100 Church Street
New York, NY 10007

      Re: <u>Alexina Simon v. City of New York, et al.</u>
         09 CV 1302 (ENV) (RER)

Dear Ms. Nimick:

  This firm represents plaintiff Alexina Simon, in connection with the above referenced matter. Enclosed, please find the plaintiff's supplemental disclosures in this matter bearing Bates Stamp Nos. AS024 - AS106.

  Additionally, please be advised that in addition to the plaintiff and the other individuals already identified by the plaintiff during her deposition and/or in her prior disclosures, the following individuals may have witnessed were present at, or may have knowledge of the issues that caused or were involved in this matter:

1)  Shantell McKinnies
  89-34 Moline Street
  Queens Village, NY 11428

2)  Alexandra Dormoy
  444 Greene Avenue
  Brooklyn, NY 11216

3)  Kazandra Simon
  444 Greene Avenue
  Brooklyn, NY 11216

4)  Giselle Simon
  444 Greene Avenue
  Brooklyn, NY 11216

Virginia J. Nimick, Esq.
September 11, 2014
Page 2 of 2

    5)    Roberto Simon
          444 Greene Avenue
          Brooklyn, NY 11216

    6)    Patrick Okeke
          O'keke & Associates, P.C.
          801 Franklin Avenue
          Brooklyn, NY 11238

Please contact me if you would like to discuss this matter.

                      Very truly yours,

                      Ugochukwu Uzoh

Encls.