

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

ZACHARY W. CARTER
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

JOSHUA J. LAX
Senior Counsel
Phone: (212) 356-3538
Fax: (212) 356-3509
jlax@law.nyc.gov

June 3, 2019

**BY ECF**
Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re: <u>Alexina Simon v. City of New York et al.</u>, 09 CV 1302 (ENV)(RER)

Your Honor:

    I am a Senior Counsel in the New York City Law Department assigned to the defense of the above-referenced matter on behalf of defendants City of New York, Douglas Lee, Evelyn Allegre, and Francis Longobardi.  I write to advise the Court that the parties have reached a settlement in principle, and will execute the necessary paperwork to perfect the settlement in the next several days.

    Respectfully submitted,

    /s/

    Joshua J. Lax
    Senior Counsel
    Special Federal Litigation Division

cc:    <u>By ECF</u>
    Ugochukwu Uzoh, Esq.