UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Alexina Simon,

            Plaintiff,

    - against -

City of New York et al,

            Defendants.

-----------------------------------------------------------X

ORDER OF DISCONTINUANCE

1:09-cv-01302-ENV-RER

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 4 2019 ★
BROOKLYN OFFICE

VITALIANO, D.J.

    The Court having been advised that this action has been settled,

    Therefore, this action is discontinued without cost and with prejudice, except as to the right to reopen the action if the settlement is not consummated.

    The Clerk is directed to close this case.

    SO ORDERED.

DATED:    Brooklyn, New York
              6/4/2019

                                      /s/ USDJ ERIC N. VITALIANO
                                      ERIC N. VITALIANO
                                      U.S.D.J.