UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

Alexina Simon,

**STIPULATION AND
ORDER OF DISMISSAL**

Plaintiff,

-against-

09 CV 1302 (ENV) (RER)

City of New York, Francis Longobardi, Evelyn Alegre, and
Douglas Lee,

Defendants.

------------------------------------------------------------------------- x

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1.      The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2019

UGO UZOH, P.C.
*Attorneys for Plaintiff*
56 Willoughby Street, Third Floor
Brooklyn, NY  11201
(718)874-6045

By: _____
      Ugochukwu Uzoh
      *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York,*
   *Longobardi, Lee, and Alegre*
   *(MacDougall)*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
      Joshua J. Lax
      *Senior Counsel*

SO ORDERED:

_____
HON. ERIC N VITALIANO
UNITED STATES DISTRICT JUDGE

Dated: _____, 2019

2